**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **CYNTHIA LEE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| **v.** | ) Civil Action No. 14-cv-1116 (AJT/TCB) |
| | ) |
| **FAIRFAX COUNTY SCHOOL BOARD, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## EXHIBIT LIST

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### AND MATERIAL STATEMENT OF FACTS NOT IN DISPUTE

| **Exhibit No.** | **Description** |
|---|---|
| 1 | 2012 Settlement Agreement |
| 2 | Affidavit of Jamey Chianetta |
| 3 | Lee Halley memos, 2008-2012 re Lee performance concerns, remediation efforts, and 2011-12 observations and evaluations (including P. Exhs. N, Q, S, T, V. W, X, Z, AA, FF, GG, and JJ) |
| 4 | FCPS *Performance Assessment and Evaluation Handbook* (P. Exh. B) |
| 5 | FCPS Regulation 4440.12, *Duties, Responsibilities, and Rights of Employees – Performance Assessments and Evaluations* |
| 6 | Affidavit of Robert Callahan |
| 7 | Statement of Grievance – 02/10/2012 |
| 8 | 8 VAC 20, *et seq.*, ("State Grievance Procedure for Teachers") |
| 9 | FCPS Regulation 4461.1, *Duties, Responsibilities, and Rights of Employees – Procedure for Adjusting Grievances-Contracted/Licensed Professional Personnel* (Part II Grievance Procedure) |
| 10 | Callahan/Lee email thread of 02/14/2012 |
| 11 | Chianetta Recommendation for Dismissal (P. Exh. KK) |
| 12 | Lee request to incorporate dismissal into Grievance (P. Exh. OO) |
| 13 | FCPS Regulation 4294.4, *Employee Actions and Records – Procedures for Non-Renewal and Dismissal-Educational Personnel*, and Regulation 4293.6, *Employee Actions and/or Records – Dismissal-Definition of Just Cause* |
| 14 | Lee/Callahan email thread of 05/17/2012 – 05/18/2012 |
| 15 | Dr. Phyllis Pajardo letter of 05/23/2012 recommending dismissal (P. Exh. LL) |
| 16 | Jack Dale letter of 05/30/2012 re Notice Recommending Dismissal (P. Exh. MM) |
| 17 | Lee/Callahan email thread of 06/03/2012 |
| 18 | Lee Request for Fact-Finding Panel and Callahan/Lee email thread |
| 19 | Affidavit of Carol Marchant |

| Exhibit No. | Description |
| --- | --- |
| 20 | Faughnan, Mendicino letter of representation of 06/18/2012 |
| 21 | Murphy letter of 06/25/2012 to Faughnan and O'Connell |
| 22 | Murphy/Faughnan/O'Connell email threads and FCPS letters – 06/22/2012 – 07/30/2012 |
| 23 | OEC letter of 06/21/2012 (P. Exh. PP) |
| 24 | O'Connell/Marchant email threads regarding settlement of August 25, 24, 27, 2012 |
| 25 | Marchant/O'Connell email thread of 08/28/2012 exchanging draft settlement agreement |
| 26 | O'Connell/Marchant email thread of 08/29/2012 with Settlement Agreement executed by Lee |
| 27 | Callahan/O'Connell email threads of 08/29/2012 – 10/14/2012 |
| 28 | 2014 Notice of Resignation and OEC response |
| 29 | Lee "Request for Settlement" of January 14, 2014 |
| 30 | McCammon Group Invoice for Fact-Finding Panel |

4848-9011-4334, v. 1